UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RICCO RAFEAL WILLIAM-SALMON,

    Petitioner,

v.                                                           Case No. 21-10188

GREGORY SKIPPER,

    Respondent.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying the Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability," entered on November 8, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Respondent Gregory Skipper and against Petitioner Ricco Rafeal William-Salmon.

Dated at Port Huron, Michigan, November 8, 2021.

                                                                        KINIKIA ESSIX
                                                                        CLERK OF THE COURT

                                                                        By: <u>s/Lisa Wagner</u>
                                                                        Lisa Wagner, Case Manager
                                                                        to Judge Robert H. Cleland